IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| MELINDA FOUST | ) | |
|---|---|---|
| | ) | |
| Plaintiff | ) | |
| | ) | CIVIL ACTION FILE NUMBER |
| v. | ) | |
| | ) | 3:13-CV-0504 Collier/Shirley |
| AETNA LIFE INSURANCE COMPANY | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come plaintiff MELINDA FOUST and defendant AETNA LIFE INSURANCE COMPANY, through their respective attorneys of record, and stipulate that the above-styled action shall be and the same hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Each party shall bear her/its own costs and expenses of litigation.

This 16th day of June, 2014.

[*signatures on following page*]

| | |
|---|---|
| s/ *John P. Dreiser* | s/ *Elizabeth J. Bondurant* |
| John P. Dreiser | Elizabeth J. Bondurant |
| BPR# 020743 | Georgia Bar No. 066690 |
| s/ *Tony Farmer* | [*admitted EDTN April 17, 2009*] |
| Tony Farmer | s/ *Nikole M. Crow* |
| BPR# 1865 | Nikole M. Crow |
| | Georgia Bar No. 198359 |
| | [*admitted EDTN April 17, 2009*] |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |
| | |
| LAW OFFICES OF TONY FARMER AND JOHN DREISER | SMITH MOORE LEATHERWOOD LLP |
| 1356 Papermill Pointe Way | 2300 Atlantic Center Plaza |
| Knoxville, TN 37919 | 1180 West Peachtree Street |
| (865) 584-1211 (telephone) | Atlanta, Georgia 30309 |
| (865) 584-1171 (facsimile) | (404) 962-1000 (telephone) |
| | (404) 962-1200 (facsimile) |